IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHAMROCK HILLS, LLC, d/b/a SHAMROCK ROOFING AND CONSTRUCTION,<br><br>   Plaintiff,<br><br>v.<br><br>THE STATE OF IOWA, THE IOWA INSURANCE DIVISION, DOUG OMMEN, in his official capacity as Insurance Commissioner of The Iowa Insurance Division, and DAVID SULLIVAN, in his official capacity as Assistant Bureau Chief of The Iowa Insurance Division Market Regulation Bureau,<br><br>   Defendants. | No. 4:24-cv-00340-RGE-HCA<br><br>ORDER |

Plaintiff Shamrock Hills, LLC brings this lawsuit against Defendants The State of Iowa, The Iowa Insurance Division, Doug Ommen, and David Sullivan. Compl., ECF No. 1. On January 13, 2025, Defendants filed a motion to dismiss Shamrock Hills's complaint under Federal Rule of Civil Procedure 12(b)(6). Defs.' Mot. Dismiss, ECF No. 10. Shamrock Hills's resistance to the motion was due on January 27, 2025. LR 7(e) ("Each party resisting a motion must, within 14 days after the motion is served, file a resistance in the form of a brief."). Shamrock Hills failed to file a timely resistance to the motion to dismiss.

Shamrock Hills shall file a resistance to Defendants' motion to dismiss by February 7, 2025. Failure to submit a resistance by February 7, 2025, will result in the Court granting Defendants' motion to dismiss. *See* Fed. R. Civ. P. 41(b); LR 7(f).

**IT IS SO ORDERED.**

Dated this 3rd day of February, 2025.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE