IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHAMROCK HILLS, LLC, a Kansas limited liability corporation d/b/a SHAMROCK ROOFING AND CONSTRUCTION,<br><br>      Plaintiff,<br><br>v.<br><br>THE STATE OF IOWA;<br>THE IOWA INSURANCE DIVISION;<br>DOUG OMMEN, in his official capacity as Insurance Commissioner of the Iowa Insurance Division; and<br>DAVID SULLIVAN, in his official capacity as Assistant Bureau Chief of the Iowa Insurance Division Market Regulation Bureau,<br><br>      Defendants. | Case No. 4:24-cv-00340-RGE-HCA<br><br><br>PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION TO RESIST DEFENDANTS' MOTION TO DISMISS |

Plaintiff Shamrock Hills, LLC moves unopposed for an extension of time to resist Defendants' Motion to Dismiss.  In support, Plaintiff Shamrock Hills, LLC states:

1. Defendants filed a Motion to Dismiss Plaintiff's complaint on January 13, 2025.

2. Plaintiff's resistance to the motion was due on January 27, 2025.

3. On January 21, 2025, Plaintiff requested Defendants' consent to a 14-day extension of the deadline, until February 10, 2025, to resist Defendants' Motion to Dismiss.

4. Defendants consented to the extension that same day, January 21, 2025.

5. Undersigned counsel for Plaintiff, Brandon R. Underwood, was preparing for a jury trial at the time, which began on January 27 and is set to conclude on February 4, and inadvertently failed to file a motion with the Court seeking approval of the parties' agreement.

6.  On February 3, 2025, the Court ordered Plaintiff to file a resistance by February 7, 2025.

7.  The deadline to file a resistance to Defendants' Motion to Dismiss has not been extended previously.

8.  The requested extension of additional time will not interfere with existing deadlines.

9.  A proposed scheduling order and discovery plan is to be submitted by March 5, 2025, and a scheduling conference is set for March 12, 2025.

10. Plaintiff has conferred in good faith with counsel for Defendants, and they do not oppose this motion.

WHEREFORE Plaintiff Shamrock Hills, LLC respectfully requests that the Court grant its Unopposed Motion for Extension of Time to Resist Defendants' Motion to Dismiss, extend their resistance deadline to February 10, 2025, and order such other relief as it deems just and equitable under the circumstances.

Dated this February 4, 2025.

By: */s/ Brandon R. Underwood*
    Brandon R. Underwood
    Hannah J. Weymiller
    Fredrikson & Byron, P.A.
    111 East Grand Avenue, Suite 301
    Des Moines, IA 50309
    Telephone: (515) 242-8900
    Email: bunderwood@fredlaw.com
          hweymiller@fredlaw.com

    Heather Voegele
    pro hac vice application forthcoming
    Voegele Anson Law, LLC
    3516 N. 163rd Plaza
    Omaha, NE 68116
    (531) 999-1857
    hvoegele@v-alaw.com

    Attorneys for Plaintiff.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 4, 2025, he filed the foregoing document with the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all persons registered to receive electronic notice in this docket.

/s/ Ryan Carlile
Ryan Carlile