IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

SHAMROCK HILLS, LLC, a Kansas limited liability corporation d/b/a SHAMROCK ROOFING AND CONSTRUCTION,

Plaintiff,

v.

DOUG OMMEN, in his official capacity as Insurance Commissioner of the Iowa Insurance Division; and DAVID SULLIVAN, in his official capacity as Assistant Bureau Chief of the Iowa Insurance Division Market Regulation Bureau,

Defendants.

Case No. 4:24-cv-00340-RGE-HCA

JOINT REPORT FOR STATUS CONFERENCE

COME NOW the Parties, pursuant to the Court's Order Setting Remote Status Conference dated September 8, 2026 (Filing No. 49), and provide the following report on the status of the above-captioned matter.

Following an Eighth Circuit Court of Appeals decision affirming in part, reversing in part, and remanding the Order Granting Motion to Dismiss (Filing No. 41) for further proceedings, the parties believe that a new scheduling order needs to be issued to allow for additional discovery in light of the Eighth Circuit's ruling. Defendants have requested sixty (60) days to file an answer or other responsive pleading given that Mr. Kevin Protzmann, lead trial counsel for Defendants, is returning from deployment in mid-October. Plaintiff does not object to this request.

By: */s/ Adam W. Barney*
Heather Voegele
pro hac vice
Adam W. Barney
pro hac vice
Voegele Anson Law, LLC
3516 N. 163rd Plaza
Omaha, NE 68116
(531) 999-1857
hvoegele@v-alaw.com
abarney@v-alaw.com

Brandon R. Underwood
Fredrikson & Byron, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA 50309
Telephone: (515) 242-8900
Email: bunderwood@fredlaw.com

**Attorneys for Plaintiff**

BRENNA BIRD
Attorney General of Iowa

*/s/ Lindsey L. Browning*
LINDSEY L. BROWNING AT001195

*/s/ Patrick C. Valencia*
PATRICK C. VALENCIA
Assistant Attorneys General
Agency Counsel Division
1305 E. Walnut St., Second Fl.
Des Moines, IA 50319
Ph: (515) 281-3441
Fax: (515) 281-4209
Emails: patrick.valencia@ag.iowa.gov
lindsey.browning@ag.iowa.gov

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record in the above-captioned matter on September 22, 2026, via CM-ECF.

*/s/ Josie Bollman*